■ ROSEMARY T. STATT, Respondent-Appellant, v DALE L. GOLDSTEIN, Individually and Doing Business as HEARTWORK INSTITUTE, Appellant-Respondent. (Appeal No. 2.) [595 NYS2d 701] —Appeal and cross appeal unanimously dismissed without costs. Memorandum: In this action alleging social worker malpractice and negligence, defendant demanded disclosure of, *inter alia,* the records and notes of plaintiff's treating psychiatrist. Claiming privilege, plaintiff moved for a protective order, and defendant cross-moved to compel disclosure. Supreme Court deferred determination of the motion and cross motion pending an in camera review of the psychiatrist's records and notes. Defendant appeals and plaintiff cross-appeals. Both appeals are premature. Neither motion has been decided and, therefore, no substantial right of either party has as yet been affected *(see,* CPLR 5701 [a] [2] [v]; *Buhler v Sheridan,* 134 AD2d 822). (Appeals from Order of Supreme Court, Monroe County, Calvaruso, J.—Discovery.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.